**Order filed May 11, 2021.**



**In The**

# Fourteenth Court of Appeals

_____

**NO.  14-21-00015-CV**
_____

**ARTHUR  SMITH, Appellant**

**V.**

**ROBERT  C.  WILLIAMS, Appellee**

---

**On Appeal from the County Civil Court at Law No. 3**
**Harris County, Texas**
**Trial Court Cause No. 1159831**

---

## O R D E R

Appellant's brief was due April 28, 2021. No brief or motion for extension of time has been filed.

Unless appellant files a brief with this court on or before **June 1, 2021,** the court will dismiss the appeal for want of prosecution. *See* Tex. R. App. P. 42.3(b).

PER CURIAM

Panel Consists of Justices Wise, Jewell, and Spain.